UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


ANNETTE COMER,

        Plaintiff,

        v.

JO ANNE B. BARNHART, Commissioner of
Social Security,

        Defendant.

_____

CV 04-1149-ST

ORDER

HAGGERTY, Chief Judge:

On September 27, 2005, Magistrate Judge Stewart issued a Findings and

Recommendation in this action [19] in which the Magistrate Judge recommended that the

defendant Commissioner's final decision should be reversed and remanded for further

proceedings. No objections were filed.


The matter is now before the court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ.

P. 72(b). A district court "may accept, reject, or modify, in whole or in part, the findings or

1   - ORDER

recommendations" made by a Magistrate Judge.  28 U.S.C. § 636(b)(1).  Within ten days of being

served with a copy of the Findings and Recommendation, any party may file written objections

and the court shall make a *de novo* determination of those portions of the Findings and

Recommendation to which objections are made.  *Id.*  When no timely objection is filed,

the court need only satisfy itself that there is no clear error on the face of the record in order to

accept the recommendation of the Magistrate Judge.  *Thomas v. Arn,* 474 U.S. 140, 149-150

(1985); *Campbell v. United States District Court*, 501 F.2d 196 (9th Cir. 1974).  No clear error

appears on the face of the record, and the court adopts Magistrate Judge Stewart's Findings and

Recommendation.

## CONCLUSION

The Magistrate's Findings and Recommendation [19] is adopted in its entirety.  The

Commissioner's final decision should be reversed and remanded for further proceedings.  The

Commissioner is directed to address all of Dr. Grant's findings, demonstrate compliance with the

regulatory Psychiatric Review Technique, and clarify the RFC assessment with respect to the

applicable period for each of Comer's claims.  A final judgement should be entered pursuant to

sentence four of 42 USC § 405 (g).

IT IS SO ORDERED.

Dated this  ___13___ day of January, 2006.


  __/s/ Ancer L.Haggerty_____
    ANCER L. HAGGERTY
    United States District Judge