WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
 Attorney for Plaintiff

FILED'06 MAR 09 16:19 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**ANNETTE COMER**,

 Plaintiff,

vs.

**COMMISSIONER of Social Security**,

 Defendant.

CV # 04-1149-ST

ORDER

 Attorney fees in the amount of $7,500.00 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

 DATED this __9__ day of __March__, 2006.

        /s/ Janice L. Stewart
        United States District/Magistrate Judge

Submitted on March 3, 2006 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
 Attorney for Plaintiff

ORDER - Page 1